UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

UNITED STATES OF AMERICA,                                  :

:

Plaintiff,                                  :

:                        23-CR-622 (JMF)

-v-                                  :

:                        ORDER

MICHAEL CASTILLERO et al.,                                  :

:

Defendants.                                  :

:

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

For reasons to be set forth in an opinion to follow, Defendants' motion for a judgment of acquittal with respect to Count Four of the indictment is DENIED. *See* ECF Nos. 201-203.

Sentencing is on **April 15, 2026**, at **9:30 a.m.** *See* ECF No. 210. Per the Court's prior Order, defense submissions are due two weeks prior to sentencing (i.e, **April 1, 2026**), and the Government's submission (which should be filed as a single, consolidated submission with respect to all three Defendants) is due one week prior to sentencing (i.e., **April 8, 2026**).

The Clerk of Court is directed to terminate ECF Nos. 201 and 202.

SO ORDERED.

Dated: March 30, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge